# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **JESSICA ANN FLORES,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:19-CV-543 |
| § | |
| **LAKEVIEW LOAN SERVICING, LLC,** § | |
| § | |
| *Defendant.* § | |
| § | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
## AND CERTIFICATE OF INTERESTED PARTIES

Defendant Lakeview Loan Servicing, LLC ("Lakeview") file this Corporate Disclosure Statement and Certificate of Interested Parties as follows:

### Corporate Disclosure Statement

Lakeview is a Delaware limited liability company and is wholly-owned by Bayview MSR Opportunity Corp. ("Bayview"). No publicly-held corporation holds ten percent or more of Lakeview's or Bayview's stock.

### Certificate of Interested Parties

The following entities and/or persons are financially interested in the outcome of this case:

1. Jessica Ann Flores

2. Lakeview Loan Servicing, LLC

Respectfully submitted,

By: */s/ Matt D. Manning*
**MATT D. MANNING**
State Bar No. 24070210
**MATTHEW A. KNOX**
State Bar No. 24071102
**MCGLINCHEY STAFFORD**
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone : (713) 520-1900
Facsimile: (713) 520-1025
mmanning@mcglinchey.com
mknox@mcglinchey.com

*Attorneys for Defendant*
*Lakeview Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to the *pro se* plaintiff by operation of the Court's electronic filing system or by other means in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

*Via Certified Mail/RRR 9414 7266 9904 2120 8058 74*
Jessica Ann Flores
5918 Garnet Caverns
San Antonio, Texas 78222
*Pro Se Plaintiff*

*/s/ Matt D. Manning*
**MATT D. MANNING**